## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 21, 2019**    X _____
    Signature of individual signing on behalf of debtor

**Scott Dufford**
Printed name

**President/CEO**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name __Patriot Drilling, LLC, a Nevada Limited Liability Company__

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known) __19-11904__

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................... $ 999,925.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................... $ 999,925.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ 7,358,107.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ 133,015.51

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... +$ 5,568,491.62

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b $ 13,059,614.13

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

                           Current value of debtor's interest

**3.**    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | First American Bank<br>Artesia, New Mexico | Checking | | $860.00 |
| 3.2. | First American Bank<br>Artesia, New Mexico | Payroll | | $41.00 |

**4.**    Other cash equivalents *(Identify all)*

| | | | |
|---|---|---|---|
| | Two checks received for the sale of two vehicles | | |
| 4.1. | 1. $21,800 from Scott Dufford for 2013 GMC Yukon<br>2. $6,100 from Joe Chumley for 2013 Ford F25 | | $21,900.00 |

**5.**    Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $22,801.00

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | Mutual funds or publicly traded stocks not included in Part 1 Name of fund or stock: | | | |
| 15. | Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture Name of entity: | % of ownership | | |
| 15.1. | 1% working interest in 2 wells operated by Discovery Operating located in Martin County, Texas | 1%  % | | Unknown |
| 15.2. | 1% working interest in 1 well of Hannathon Mar Daw located on the Dawson/Martin County line | 1%  % | | Unknown |
| 16. | Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1 Describe: | | | |
| 17. | Total of Part 4. Add lines 14 through 16.  Copy the total to line 83. | | | $0.00 |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies **Drilling Pipe** - 412 Joints of 5"x95 (12,772 ft.) =$153,264 - 349 Joints of 4 1/2'' (10819 ft.) = $21,638 - 71 Drill Collars = $35,500.00 | | $0.00 | | $210,402.00 |

Case 19-11904-j7    Doc 8    Filed 08/22/19    Entered 08/22/19 12:46:11 Page 4 of 61

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

    | $210,402.00 |

24. **Is any of the property listed in Part 5 perishable?**
    - ■ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ■ No
    - ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    - ■ No.  Go to Part 7.
    - ☐ Yes Fill in the information below.

### Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    - ☐ No.  Go to Part 8.
    - ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture **Office Furniture** | $0.00 | N/A | $5,000.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software **Office Equipment** | $0.00 | N/A | $500.00 |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.

    | $5,500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    - ■ No
    - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

### Part 8:  Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | |
| 47.1. | Automobiles - See Attached | $0.00 | | $57,222.00 |
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. | Aircraft and accessories | | | |
| 50. | Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>Equipment -- See Attached<br>Drilling Rigs | $0.00 | | $704,000.00 |

51. Total of Part 8.

    Add lines 47 through 50. Copy the total to line 87.                            $761,222.00

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ☑ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. Lease of office space<br>located at 303 W.<br>Wall St., #2201,<br>Midland, Texas 79701 | Lease | $0.00 | | $0.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Case 19-11904-j7    Doc 8    Filed 08/22/19    Entered 08/22/19 12:46:11 Page 7 of 61

Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $22,801.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $210,402.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $761,222.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $999,925.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $999,925.00 |

Rolling Stock

| Year | Make | Model | Body Type | VIN | Auctioneer Est. Value | Mileage | Edmunds Book Value |
|------|------|-------|-----------|-----|-----------------------|---------|---------------------|
| 2008 | GMC | Denali | Pickup Truck | 1GKFK66848J118955 | $4,750.00 | 145792 | $2,988.00 |
| 2011 | GMC | Yukon XL | Pickup Truck | 1GKS1KE0XBR246227 | $9,100.00 | 198652 | $2,541.00 |
| | | | | | | | |
| 2010 | Ford | F150 | Pickup Truck | 1FTEX1C81AKE02897 | $3,100.00 | 200057.8 | $2,265.00 |
| 2011 | Ford | F250 | Pickup Truck | 1FT7X2A68BEC85514 | $7,025.00 | 144974 | $4,644.00 |
| 2012 | Ford | F250 | Pickup Truck | 1FT7X2A60CEB78135 | $4,750.00 | 248963 | $4,529.00 |
| 2012 | Ford | F250 | Pickup Truck | 1FT7X2A6XCEC00173 | $5,075.00 | 179584 | $5,788.00 |
| 2013 | Ford | F150 | Pickup Truck | 1FTX1CF210KE10692 | N/A | 136621.4 | $4,771.00 |
| 2013 | Ford | F150 | Pickup Truck | 1FTFW1CT80KE70176 | $7,025.00 | 242000 | $2,207.00 |
| 2014 | Ford | F150 | Pickup Truck | 1FTFX1CF3EFA44199 | $5,900.00 | 198594.2 | $2,179.00 |
| 2014 | Ford | F150 | Pickup Truck | 1FTEX1CM5EKD66912 | $8,775.00 | 102017.5 | $5,922.00 |
| 2014 | Ford | F150 | Pickup Truck | 1FTFX1C9EKE20573 | $12,425.00 | 75714.5 | $2,179.00 |
| 2014 | Ford | F150 | Pickup Truck | 1FTFX1CF0EKE20574 | $5,900.00 | 176736 | $2,567.00 |
| 2014 | Ford | F150 | Pickup Truck | 1FTFX1CF5EKE20540 | $11,150.00 | 89214 | $6,874.00 |
| 2014 | Ford | F150 | Pickup Truck | 1FTFX1CF1EKE43765 | $12,425.00 | 71064.7 | $7,768.00 |
| | | | | | | | |



EXHIBIT

B-47

# Patriot Rig #1

**DrawWorks** – Bridges MI – 1300  SN – 1018

**Engines**

#1 – C-18 SN – WRH01273  –  *Rig 5*

#2 – C-18 SN – WRH01272

**#1 Torque Convertor** – C-195-100 Type F  SN – 3490  -  *Rig 5*

**#2 Torque Convertor** – C-195-100 Type F  SN-3494

Length – 28'  Height – 12'  Width – 14'

**Fuel Tank** – L – 34'  H – 10'  W – 8'   Fuel – 20"

**Top Doghouse** – Fab Tech SN – BTH – 3017

L – 42' 5"  H – 9'  W – 10' 6"

**Partshouse/Watertank** – L – 43'  H – 9'  W – 9'

**Round Watertank** – L – 38' 5"  H – 12'  W – 10' 8"

**Light Plant/Bottom Doghouse** – L – 50'  H – 10'  w – 10'

**#1 Light Plant** – 3406 Cat  SN – 90U12133

Magna Max  SN – VK3626645

**#2 Light Plant** – 3406 Cat  SN – 2WB14748

**Air Compressor**- Curtis S/N 04E060001

Model # R/S30B A/E B160

**Pits**

**Suction** – L-54' H-12' W- 12'  5 – pits stirrers

1- Mud Pump - PZ-11

#2- Mud Pump -



**Shales pit –** L-47' H-12' W-16' (2- 6x5x14 mixing pumps) (2 – pit stirrers)

2 – Swaco Mongoose Shale Shakers

**Pre-Mix Pit –** L-44' H-12' W-9' (2- 5x6x11 mixing pumps)

**Transfer pump –** (1 6x5x14 mixing pump)

**Wire line Machine –** OWI

**Junk Box –** All Handling Tools and subs / 2 air hoist / pipe spinners

L-18' H-2.5'' W-8'

**Pipe racks –** 4 sets

**Koomey unit-** 6 Station Scarbough INC. – *Scarbrough F/ Repair*

**Oil lubster –** 5 Bin

**Suit Cases –** 5

**V-door**

**Catwalks –** 2 – 25' – length

**2 – Storage boxes**

**Headache Rack**

**All steps for rig including pits**

**Choke Mainfold –** 2'' x 5000 psi

**Drill line spool w/ 1.25 line**

**2 – mouse holes**

**Bunk house –** L-57' H-11' W-12'

**Eaton Air Brake –** w/2 3x4x13 pumps

**Rotary Table –** 27.5 inch SJ Petro ZP 275 weight capacity 450 ton



*Sales*
*Service*
*Repair*

**BRIDGES EQUIPMENT LTD.**

2122 Maurice Rd.
Odessa TX. 79763
432-333-9741 phone
432-333-3042 fax

Patriot Drilling
Leroy Peterson

11-15-13

## Mast & Sub

A. <u>Two (2) DSII 750,000# Mast and Box on Box Substructures.</u>
   a. DSII 750-S Cantilever Mast Assembly M7501-A
      i. 136' X 20'-2" Base beam leg cantilever mast with hook load capacity of 750,000# with 12 lines strung to traveling block. Mast designed per A.P.I. specification 4F Mast complete with the following:
         1. CROWN
            a. Block complete with 6-50" fabricated cluster sheaves and 1-60" fabricated fast line sheave, tapered roller bearings, shaft drilled for grease fittings, line guards, crown safety platform and handrails.
         2. ADJUSTABLE RACKING BOARD
            a. Capacity of 242 stands of 5" drill pipe and 10 stands of 9" drill collars, complete with working platform, floor slab, and 7' high handrails.
         3. FULL LENGTH LADDER ASSEMBLY
         4. DERRICK BOOM KIT
            a. Designed to support 5, 000# load, complete guy line attachment, boom and attachments, and 8" sheaves grooved for 9/16" wire line.
         5. TONG COUNTERWEIGHT (2 per set) complete with:
            a. Buckets
            b. Guides
            c. Blocks.
         6. ONE (1) RAISING LINE SET
         7. Set of assembly bolts and pins.
         8. Mast Raising Padeyes
            a. DSII to supply material and labor to fabricate four (4) padeyes. Padeyes designed to handle lifting the DSII 750K Cantilever Mast in the fully assembled position.
            b. DSII to supply a drawing for installation positions to the mast

   b. "New" DSII 18 x 20'-2" x 750K Box on Box Substructure
      i. Substructure with a 18' working floor height and a rotary capacity of 750,000# and a setback capacity of 400,000#. The substructure to be a box type construction with two (2) 12' high x 5' wide x 50'-0" long substructure top boxes and two (2) 6' high x 5' wide x 50'-0" long bottom boxes
         1. Substructure to accommodate cantilever type mast and mechanical inline drawworks.

    2. Clear height under rotary table to be approximately 15'-9".
    3. Swing-type connection plates between boxes.
    4. Substructure complete with:
        a. Checkered plate flooring on top of main boxes.
        b. Smooth plate recessed 6" on setback area.
        c. Swing out style doghouse supports.
    5. Substructure to accommodate a 27 ½" rotary table.
    6. Substructure to be sandblasted, epoxy primer and urethane top coated.
  ii. Slingline Equalizer
    1. Sheave grooved for raising line
    2. Sheave designed to work with customer's block
  iii. Deadline Anchor
    1. Mounting Support integrated into Off Driller's Side top box.
  iv. Rig Floor Stairways
    1. All stairs to meet OSHA standards with no slip grip strut stair treads.
Two (2) 30'-0" stairways from substructure floor to ground level. Stairs to be built on a 45-degree angle.

## Cooling System for Eaton brake

Cooling system will consist of (1) plate type heat exchanger, (2) 3x4 centrifugal pump powered by 25-HP electric motor, and all necessary plumbing.

This sub structure has already had all the floor plating installed. A new stand pipe has been fabricated and installed in the derrick. The derrick and sub structure have also been wired and lights have been installed.

Your cost for this derrick and sub is $ 1,410,000.00 USD

**PATRIOT DRILLING, LLC**
**RIG #2 INVENTORY**
**DEPTH CAPACITY 16,000'**
**MAX SIMULEANCOUS LOADS @ 662,000**

✓ **DRAWWORKS**  ·Bridges MI 1300 powered by 2 Caterpillar C-18 (650 HP each).
**1,000 HP**    National C-195 torque converters.
                WCB 36" Eaton Air brake.
                Lebus grooved drum for 1 1/4" line.

✓ **DERRICK**        DSI 136' @ 392,000 # SHL.
SO#3620-001
INSP.#M136-392-8612

✓ **SUBSTRUCTURE**      16' high box on box rated @ 289,000 SETBACK COMP.
S0#3620-002             MAX ROTARY TABLE SUPPORTING COMP.@ 392,000
INS#S16-392-8612

**TRAVELING EQUIPMENT**   *Shorty Block's*
                         NATIONAL 350 TON ~~and GARDEN DENVER 300 ton Swivel~~

**ROTARY TABLE**          National Type 27 1/2"

**PUMPS**     1-Bridges RSF-(1600 HP) triplex powered by CAT3512B
                1-Bridges RSF-(1600 HP) triplex powered by CAT 3512A-1
                *1-GearBox-(1600HP)triplex Cat 3512*

**BOP**  *1- 11"x 5000 Annular*      1-13 5/8" x 5,000# Hydril GK Annular.
      *1- 11" x 5000*                1-13 5/8" x 5,000# Townsend type 70 double ram.
      *Type 70 Double Ram*           5-station , 100 gallon accumulator with remote panel.
                                     5,000 # choke manifold.
      *1-13⁵/18 x 5000 Mud Cross   2- Suit Cases w/ 1" Lines F/Koomey*

✓ **MUD SYSTEM**   3-steel pit (850 bbl) system. *- 2 Fluid System Shakers*
                   4-5"x6" centrifugals with (50 HP) electric motors.

**GENERATOR**     1-350 KW SR4 set, powered by CAT C-15 ACCERT

S

**WATER TANKS**      2 - 500 bbl

**DRILL PIPE**      450 jts X-95 & G-105

**COLLARS**      7- 8" x 2 13/16" w 6 5/8 con. and - 6 1/4" x 2 1/4" w 4 ½ X H conn.
     17-

Bunk House
Top Dog House
Junk Box - Tongs, Slips, Subs
Pipe Racks - 6 sets
Bottom Dog House - Parts House
Oil Lobsters - 3
V-Door & Cat Walk
2- Suit Cases For Rig Water & Diesel
All Steps For Rig and Pits
1- Transformer Rack For Pits
1- Transformer Rack For Trailer's
1- Headache Rack For Derrick
1- Fuel Tank

# RIG 2
## EQUIPTMENT SERIAL NUMBERS

WATER PUMP #1: 2"X3" (2 1/2" SHAFT) MCM250X   ELECTRIC MOTOR: NORTH AMERICAN 20HP 1765 RPM

WATER PUMP #2: 2"X3" (1 7/8" SHAFT) MISSION. ELECTRIC MOTOR: WORLDWIDE 20HP 1765RPM SN: 1E00046A02

MODEL   XWWE20 18-256T

GEN. 1 C-15 ACCERT JRE1151/ GEN.2 JRE 00385   350 KW GENERATORS

DRAW WORKS: BRIDGES MI 1300 SN.1020 8 SPEED /8 GEAR RANGE

#1 FLOOR MOTOR: C18 ACCERT 650HP 500-2100 RPM RANGE SN: WRH02407   C195 TORQ.CON. SN: 3598 1 9064

#2 FLOOR MOTOR: C18 ACCERT 650HP 500-2100 RPM RANGE SN: WRH02477   C195 TORQ.CON. SN: 3599 1 9065

ANCHOR: NATIONAL TYPE 50D  SN:22202  WEIGHT INDICATOR: 400K 8 LINE. CALIBRATED/CERTIFIED 7/22/16

ROTARY TABLE: ZP 27.5 SERIAL NUMBER NOT LEGIBLE. CONTENENTAL EMSCO 27.5" MASTER BUSHINGS

BLOCKS: NATIONAL 350 TON 10 LINES 1 1/4" DRILLING LINE SERIAL NUMBER NOT LEGIBLE

AIR HOISTS: 1- 12K5UL AND A 12K4UL  SERIAL NUMBERS: NOT LEGIBLE

TONGS: WOOLEY MAKE UP TONGS S.N. TA19821   AOT BREAK OUT TONGS S.N. T12434

KOOMEY ACCUMULATOR 5- STATION 10 11GAL BOTTLES   AND RIG FLOOR REMOTE

47' 5" KELLY  W/ VARCO KELLY BUSHINGS W/  6 5/8 REV THR BOX -4 1/2 XH PIN -   *Blair Machine w/ Bushings*

SWIVEL: GARDENER DENVER 300 TON  WITH A 5" REV THR SERIAL NUMBER IS NOT LEGIBLE

2- BRIDGES RSF 1600 EMSCO STYLE FLUID END RATED FOR 5000 PSI WITH CATARPILLAR 3512 ENGINES.

#1 PUMP ENGINE : CATARPILLAR 3512: SERIAL NUMBER NOT LEGIBLE #2 PUMP ENGINE: 3512A SN: 2W8869

PIT STIRRERS MCM SOLIDS CONTROL ELECTRIC MOTOR: SIEMENS 10HP 1755 RPM

| | |
|---|---|
| 52405 SN: F12TESP8224 | 52405 SN: F12TESP8224 |
| D52404  G12TESP8231 | D52404  G12TESP8231 |
| D58340  G12TESP8225 | D58340  G12TESP8225 |
| D52410 G12TESP8230 | D52410 G12TESP8230 |
| D52408 G12TESP8212 | D52408 G12TESP8212 |
| D52407 G12TESP8211 | D52407 G12TESP8211 |
| D52406 G12TESP8232 | D52406 G12TESP8232 |

HEAT EXCHANGER ELECTRIC MOTORS HEAT EXCH PUMPS

#1 SERIAL NUMBER: C1109010422   MCM250X SN:27969  2X3 X11

#2 SERIAL NUMBER: C1109010397   MCM250X SN:27971  2X3X11

MIXING MOTORS  75HP WORLDWIDE MODEL:XWWE75-12-405T

#1 11HOQO33AO4   #2 11HOQO33AO2

#1 CENTRIFUGAL PUMP 5" X 6 " X 12"   #2 CENTRIFUGAL PUMP 5" X 6 " X 11"

BAKER HUGHES PUMPS

#3 11HOQO32AO1   #11 11HOQO32AO2

CENTRIFUGAL PUMPS 5" X 6 " X 11"

MCM 250X

Bottom Dog House- 40' L X 7' 10" W X 9' 3" T  - *Rig 2*
Water Tanks- # 1- SN- 6114  42' 6" Long  10' 7" Tall - *Rig 2*
     # 2 - SN- 6221  42' 6" Long  10' 7" Tall -  *Rig 5*
# 1 Water Pump- SN- 3787- 2X3 MCM Series 178[ RH ]  11" Impeller
Electric Motor- SN- Z0502210371
# 2 Water Pump- SN-3786-2X3 MCM Series 178[ RH ]   11" Impeller
Electric Motor- SN- Z0502210366
Light Plant House- 48' L X 12' W X 9 1/2' T  - *Rig 2*
# 1 Light Plant Engine- C15- SN- JRE00379
# 1 Generator- Leroy Somer- SN- CA2L5095
# 2 Light Plant Engine- C15- SN- JRE00385
# 2 Generator- Leroy Somer-SN- CA2L5087
Cutler Hammer Transformer- SN- J05G00893 480V  3Phase  Series B
Eaton Cutler Hammer Freedom Series 2100 Motor Control Center
3- Suitcases- # 1- 40' 3"L X 3' W X 1' T  # 2- 41' L X 3' W X 1' T  # 3- 20' L X 3' W X 1' T
~~# 1 Pump- MP-10- SN- W-54     6X48~~
~~# 1 Pump Engine- 3508 Cat- SN- GBB60448~~
~~Charge Pump- Mission 5x6- SN- N406704[ LH ]~~
~~Radiator- General Thermal Dynamics- Part# 3771F- Electric Motor- SN- DD071020~~
~~# 2 Pump- MP-10- SN- W-49      5"#2 X 49~~
~~# 2 Pump Engine- 3508 Cat- SN- GBB00449~~
~~Charge Pump- Mission 5x6- SN- N406705[ LH ]~~
~~Radiator- General Thermal Dynamics- Part# 3771F- Electric Motor- SN- DD071818~~
~~Accumulator- US Oil Tools Type 80- 5 Station- 10 Bottles- Model # T-80-5- SN- 3223~~
Electric Motor- Model# 02018EP3E256T  Frame- 256T
Remote Closing Unit- Model# T-80-5  SN- 3223  US Oil Tools Type 80  - *Rig 2*
Top Dog House- 30' 4" L X 10' 2" W X 10' 6" T
DrawWorks- National 80-B- SN- T-3037
Hydromatic- D&H Rig # 127050  No SN Readable
Substructure- 48' 6" Long x 29' 2" wide x 8' Overall Height
9' 4" To Rotary Table  Rotary Floor 9' 2" High
Pony Subs- 48' 6" Long x 7' 2" Wide x 12' Overall Height
Outside Pin Plates- 8' 8" Wide  KB- 23' +-
Rotary Table- SJ Petroleum Machine Co.          SN- 30040403  SJ Petro ZP 275
93.7" Long x 66.14" Wide x 27" High              27 1/2" Opening
Compound- Rig Tech- RT-80  No Id Plate
Compound Air Compressor- Quincy 390L- SN- 20060128-0044
Wireline Machine- Mfg. By Inter American Oil Works Inc.
Model # 1600  ID# 6131  SN- 1800-092
~~Air Compressor in Generator House- Sullivan Palatek- SN- W363842~~
Electric Motor- 460V  3Phase 25 HP  Model# 25DT-TE  SN- 05H006
~~Blocks- Ideco 360- Model- B-360- SN- 403~~
Overall Length- 13' 8"  Hook Length- 7' 6"
Swivel- Ideco TruLine 400 Ton  SN- 59
Derrick- Width 21'  Height 147'  600,000 LLB. Rating  MFG. By LC Moore
Crown- Fastline Sheave- 57"  Cluster Sheaves- 42"  Block's Sheave- 50"
Bridal Line- 1 3/8"  Short Side- 114'  Long Side- 124'
# 1 Floor Engine- C-18  SN- WJH00532   Torque Convertor- Mfg. By Oil Works SN- 1375
# 2 Floor Engine- C-18  SN- WJH00512   Torque Convertor-Mfg. By Oil Works SN- 1374
Pits- 40' Long x 8' Wide x 8' Tall - 2 Pits

4 Set's of step's going up to the rig floor
Mud Mixing Pump's on Suction Pit
#1 Mud Mixing Pump- Mission Magnum 6x5x11" SN- M83525  Electric Motor- C0504250069
#2 Mud Mixing Pump- Mission Magnum 6x5x11" SN- M83524  Electric Motor- C0508120019
Mud Mixing Pump's On Shale Pit
# 1 Mud Mixing Pump- MCM Pump 5x6x11"  ID# - 1593 MFG. By OilWorks Inc.
# 1 Mud Mixing Pump- .  Electric Motor- SN- C05004260176
# 2 Mud Mixing Pump- MCM Pump 5x6x11"  ID# - NO TAG MFG. By OilWorks Inc.
# 2 Mud Mixing Pump-  Electric Motor- SN- C0508120044
Suction Pit [ Pit Stirrers ]
# 1 Stirrer Model# - Pit Boss  ID# - 1529 MFG.- OilWork's  Ele.Motor-  SN- 5KWQ4153
# 2 Stirrer Model# - Pit Boss  ID# - 1532 MFG.- OilWork's  Ele. Motor- Baldor- SN- F0507256092
# 3 Stirrer Model# - Pit Boss  ID# - 1524 MFG.- OilWork's  Ele. Motor- Baldor- SN- F0507256092
Shale Pit [ Pit Stirrers ]
# 4 Pit Stirrer Model# - Pit Boss  ID# - 1531 MFG. - OilWork's  Ele. Motor- SN-  SN- EQ 055. 55355006
# 5 Pit Stirrer Model# - Pit Boss  ID# - No Tag MFG.- OilWork's  Ele. Motor  SN- 7FW007612
2 - Shale Shaker- MFG. By Swaco- Mongoose PT  SN- MPM-0303
1-Choke Manifold - 4" x 5000#
3 Set's of step's going up to the steel pit's
Mud House and 2- Stand's for the house to set on.
Mud House- 40' 4" Long x 10' 2" Wide x 8' 9" Tall
1 Set of step's going to Mud House
Pipe Racks- 6 Set's
Tongs- MFG.by WTM- Type B
Drill Pipe Slips- 2 Sets  2- Sets DC Slips 2- Collar Clamps
2-Catwalks  1-V-Door  1- Toolslide  1- Headache Rack for crown
Numerous XO Subs  1- Dart Valve  2- TIW Valves  1-Upper Kelley Valve
1- 5 1/4" Hex Kelley  1- Set Varco Kelley Drive Bushing's  Kelly is 50' Long
~~99- 6-1/2" Doc. 3- 8" Doc. 333 Jts. of 4 1/2" X-95 Drill Pipe~~
1- Junk box
1- Spool of Drilling Line- 1 1/4 x 5000'
~~*************************~~
Pipe Spinners- Spinmaster Model 550A  SN- 162 ~
Hydraulic Unit for Pipe Spinners Model# 550PP  SN- WWW ~
1- Double Ram MFG. By Townsend- 13 5/8 5000# Ram Type 70
1- Hydril MFG. By Townsend- 13 5/8 5000#
1- 60" Spacer Spool- 13 5/8 5000#  1- 24" Mud Cross- 13 5/8 5000#
1- 4" 5000# Hydraulic Valve  1- 4" 5000# Manual Valve  2- 2" 5000# Valves  1- 2" 5000# Check Valve
~~1- 2005 Chevrolet HD 2500 Model#- C25953  VIN#- 1GCHC29U45E270765~~
2- Suitcases for 1" Lines on Accumulator- 40' Long

# PATRIOT RIG 4 FILTER LIST

#1 FLOOR ENGINE: C-18 CATERPILLAR  SERIAL# WJH00532
#2 FLOOR ENGINE: C-18 CATERPILLAR  SERIAL# WJH00512

OIL FILTERS: BALDWIN B99    2 EACH
FUEL FILTERS: CAT 326-1643 1 EACH  BALDWIN BF7587 1 EACH
AIR FILTERS: BALDWIN RS3700 1 EACH   BALDWIN RS3701 1 EACH

#1 PUMP ENGINE: 3508 CATERPILLAR   SERIAL# CBB00448
#2 PUMP ENGINE: 3508 CATERPILLAR   SERIAL# CBB00449

OIL FILTERS:  BALDWIN P7003  3 EACH
FUEL FILTERS: BALDWIN PF7655· 5 EACH
AIR FILTERS: BALDWIN PA2653 2 EACH

#1 GENERATOR: C-15 CATERPILLAR  SERIAL# JRE00379
#2 GENERATOR: C-15 CATERPILLAR  SERIAL# JRE00385

OIL FILTERS: BALDWIN B99   1 EACH
FUEL FILTERS: CAT 326-1643  1 EACH
AIR FILTERS: BALDWIN RS3514 1 EACH  BALDWIN RS3515 1 EACH

*[handwritten notes:]*

Motor oil 1/4 Full
chain oil 1/2 Full
90 WT 3/4 Full
ATF 3/4 Oil
And 1/2 Full

Need
Air Filters Baldwin 2
RS 3701
Air Filters Baldwin 2
PA2653

Chinese Pump (MP10) Emsco F-1000

Liners:
6 1/2"---- 05495650HP
6"      ---- 05495600HP
5 1/2"----05495550HP
5"      ---- 05495500HP
4 1/2" --- 05495450HP

Pistons:
011103827
011103629
011103132
011103033
011102928

Springs: 055413371
Valves: 060152808
Seats: 061102653
Piston Rod: 1551702
Pony Rod: 07913070
Rod Clamp: PP601000

Gaskets:
Valve Cap: 07916740
Cyl. Head: 07918282
Liner:      07918282
Suction: 442 O-Ring
Discharge: 241 O-Ring

# Rig 5 Inventory

**Mass:** Lee C. Moore - 900 LCM (SN T-3787)
Length (138' ) Travel | Cat 4 - IDS 053-13
Height (142' ) Total  | 06-18-2013'
Width: Crown ( 6' )
    A-Leg (22' )

**Substruct:** Box Sub 24 H (Est. Setback 504K OEM IDS)
Length ( 48' ) Lower  Length ( 48' ) Top
Width ( 7.3' ) Sub  Width ( 7.3 ) Sub
Height (12' )    Height ( 12' )
Total Stacked Height ( 24' )
( Cat 3 - IDS 053-13 ) 06-18-2013
**Blocks:** BREWSTER 500 TON

**Hook:** Type "H"  H-500

**Swivel:** SL 225-3 ∅

**Top Dog house:** Width (10.2) Height (9.7) Length (30.3)

Drawworks: National 80-B (15,000ft) (12,000ft) (1000 Hp)
Height (12.6)                    (25" x 22" Drum)
Width (16')                      (46" Brake rims)
Length (26')          Clutch Type's (National Dy-A-Flex)(air Clutches)

FM #1: C-18              Torq: C 195-100
   WJH 00508                     3575  (15 Gal)



FM #2: C-18             Torq: C-195-100
   WBH 000005                   1109  (15 Gal)
       01277


Compressor Compound: S/N (NONE)
(Quincy 390)



Hydra-matic: 481 Hydramatic w/Type"A" OVER Running Clutch
Shifter Ring (624627-A)
Assmy O.R. Clutch (624709-A) Type "A"
Compound Info: RT80        Rotary: ZP-275 (7K-0089) Ser.# 200501
   S/N (NONE)              Gear Ratio-3.67   27½"
                          Weight-13,650
                          Weight Capacity-450 Ton

Pump#1: RS-Fl600 (sn RS11-002)
Length ( 34' )
Width ( 16.0 )
Height ( 12.6 )

Pm#1: 3512 (LLF00395)

Pump#2: Continental Emsco FB-1300
Length( 42' )    SN( 55)
Width( 14.6 )
Height ( 12.0 )

PM#2: 3512 (LLF001016)

<u>Gen House</u>:
LN (50')
Width (10')
Height (9")

<u>Gen Set #1</u>  C-15  (SN: ~~QRE00887~~ PLZ00326 )

Generators: SN# 7ZL01748
  480
  308-7715

<u>Gen Set #2</u>  C-15  (SN: JRE00356)

Generators (2) SN# 8ER04377  (#1)
   480 KW
   310-1665

(<u>Transformer</u>)  Cutler Hammer

<u>Air Compressor</u>:
#1:  FS Curtis (Model RSB-30) SN(01F120004)

#2:  EBE99N (Gardner Denver) (SN) 1180633
                              (SN) 5156406

(Mud System): 1200 bbl Total Hold
                1000 bbl Working
2-Tanks: 55 ft Long Each Tank 12 ft Width
              9.6 ft Height
Shakers: Fluid system 5000 series motion shaker's
4-panel  #1 (sn) 4502 (E5000 B4X-12) 5000 series
            #2 (sn) 2075 (B4X-12) 5000 series
(4) 5X6X11  Mixing Pumps

Mud house's:
Length ( 45' )
Width (10.2 )
Height (9.6 )

2 stand (Both   )(8'X 8'X 8.3")

OIL Lubster: 5 Ben-Contaner

Water Tank #1
11 x 11 x 42

Water Tank #2
11 x 11 x 42

Water Pumps:
#1  SN- 3772 (RH 2x3x11)

#2  SN-4677 (RH 2x3x11)

Ports House:
Width  7.9
Height  9.2
Length  42"

Blow out Preventor's

Hydrill $13\frac{5}{8}$ X 5000 psi (46")
Double Rams $13\frac{5}{8}$ X 5000 psi (36")
Mud Cross $13\frac{5}{8}$ x 5000 psi w/ 2"x4"x 5000psi outlets (24")
Drill spool $13\frac{5}{8}$ x 5000 psi (60")


Koomey Unit: 6 Station Type 80

Height (11')
Length (11')
Width (7')

(3) - Sets of Pipe Rack's
Drill pipe: (309) Jt X-95
   $4\frac{1}{2}$ X.H.
            (40) Jt G-105

Drill Collars : (3) - 8" $6\frac{5}{8}$ REG
            (21) 6$\frac{1}{4}$  $4\frac{1}{2}$ K.H.


Wireline Unit: ADALET
SN: XCE 061206 N4

Pusher Shack (Trailer house) skid mount

10' x 10' x 50'

TRANSFORMER Portable: Federal Pacific
(MODEL) 36 B
(series) M
Catalog No. T4T75E

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** First American Bank of Artesia<br><span style="font-size:smaller">Creditor's Name</span> | Describe debtor's property that is subject to a lien<br>**Equipment - Rigs 1, 2 & 4 and Inventory** | $5,159,121.00 | $724,402.00 |

**2.1** First American Bank of Artesia
Creditor's Name

**2210 West Pierce St.
Carlsbad, NM 88220**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Equipment - Rigs 1, 2 & 4 and Inventory**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** J.C. Gray Trust
Creditor's Name

**c/o Rusty Smith and Raye Miller
2210 West Pierce St.
Carlsbad, NM 88220**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Equipment - Rig 5**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| | | |
|---|---|---|
| | | $1,099,493.00    $190,000.00 |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | T.L. Chandler Trust | Describe debtor's property that is subject to a lien | $1,099,493.00 | $190,000.00 |

**Creditor's Name**

c/o Rusty Smith and Raye Miller
2210 West Pierce St
Carlsbad, NM 88220

Creditor's mailing address

Equipment - Rig 5

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$7,358,107.00

---

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| James Askew<br>Askew & Mazel, LLC<br>1122 Central Ave. SW, Ste., 1<br>Albuquerque, NM 87102 | Line  2.1 | |

---

Fill in this information to identify the case:

Debtor name    **Patriot Drilling, LLC, a Nevada Limited Liability Company**

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known)    **19-11904**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Eddy County Tax Assessor** **602 S. 1st St.** **Artesia, NM 88210** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service** **Special Procedures - Insolvency** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     20845     Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| **2.3** | Priority creditor's name and mailing address<br>**Lea County Appraisal District**<br>100 N. Main Ave., Suite 2<br>Lovington, NM 88260 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.4** | Priority creditor's name and mailing address<br>**Midland County Appraisal District**<br>P.O. Box 908002<br>Midland, TX 79708-0002 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.5** | Priority creditor's name and mailing address<br>**New Mexico Attorney General Bankruptcy Section**<br>201 Third Street NW, Suite 300<br>Albuquerque, NM 87102-2368 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.6** | Priority creditor's name and mailing address<br>**New MexicoTaxation & Revenue Department**<br>P.O. Box 5557<br>Santa Fe, NM 87502-5557 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $133,015.51 | $133,015.51 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Patriot Drilling, LLC, a Nevada Limited Liability Company | Case number (if known) | 19-11904 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.7** Priority creditor's name and mailing address
**Texas Comptroller of Public Accounts**
Revenue Accounting Division/BK Section
P.O. Box 13528
Austin, TX 78711-3528

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.8** Priority creditor's name and mailing address
**U.S. Attorney's Office**
**District of New Mexico**
P.O. Box 607
Albuquerque, NM 87103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.9** Priority creditor's name and mailing address
**U.S. Trustee's Office**
421 Gold Ave., SW, Suite 112
Albuquerque, NM 87102

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**4 Elements Welding & Fabrication**
5212 Sierra Vista Dr.
Carlsbad, NM 88220

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$500.00

Date(s) debt was incurred __

Basis for the claim:  Trade Vendor

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,587.47 |
| --- | --- | --- | --- |
| | **American Express**<br>P.O. Box 650448<br>Dallas, TX 75265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number  1003 | Basis for the claim:  Credit Card <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.40 |
| --- | --- | --- | --- |
| | **American Medical Group, Inc.**<br>2410 N. Fowler<br>Hobbs, NM 88240 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | Basis for the claim:  Trade Vendor <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.81 |
| --- | --- | --- | --- |
| | **Artesia Ford Sales, Inc.**<br>300 N. 1st St.<br>Artesia, NM 88210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | Basis for the claim:  Trade Vendor <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $640.88 |
| --- | --- | --- | --- |
| | **Austin Properties & Logistics, LLC**<br>4008 N. Grimes, #204<br>Hobbs, NM 88240 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | Basis for the claim:  Trade Vendor <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.50 |
| --- | --- | --- | --- |
| | **B.O.P. Ram-Block & Iron Rentals, Inc.**<br>P.O. Box 872<br>Weatherford, OK 73096 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number  PD8 | Basis for the claim:  Trade Vendor <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,327.41 |
| --- | --- | --- | --- |
| | **BDS Enterprises, LLC**<br>2510 Mone Vista<br>Hobbs, NM 88240 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | Basis for the claim:  Trade Vendor <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.49 |
| --- | --- | --- | --- |
| | **Bell Technologies, LLC**<br>9135 Spring Branch Dr., Ste. 204<br>Houston, TX 77080 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | Basis for the claim:  Trade Vendor <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $995.56 |

**3.9** Nonpriority creditor's name and mailing address
Blair Tool
P.O. Box 160
Hobbs, NM 88241

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$995.56**

---

**3.10** Nonpriority creditor's name and mailing address
Blue Energy Service, LLC
P.O. Box 904
Big Spring, TX 79721

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$2,890.00**

---

**3.11** Nonpriority creditor's name and mailing address
Bridges Equipment, Ltd.
P.O. Box 11335
Odessa, TX 79760

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$203,308.88**

---

**3.12** Nonpriority creditor's name and mailing address
Britt Trucking Co., Inc.
P.O. Box 707
Lamesa, TX 79331

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$46,925.00**

---

**3.13** Nonpriority creditor's name and mailing address
Bull Rogers, Inc.
P.O. Box 2525
Hobbs, NM 88241

Date(s) debt was incurred _
Last 4 digits of account number  1645

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$34,086.00**

---

**3.14** Nonpriority creditor's name and mailing address
Butch's Rat Hole & Anchor Service, Inc.
P.O. Box 1323
Levelland, TX 79336

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$69,951.03**

---

**3.15** Nonpriority creditor's name and mailing address
C&S String Up Services, Inc.
P.O. Box 78
Deville, LA 71328

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,476.82 |
|---|---|---|---|

**Carlsbad Medical Center**
2430 W. Pierce
Carlsbad, NM 88220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0604

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490.00 |
|---|---|---|---|

**Carrasco's Roustabout Service, Inc.**
P.O. Box 275
Denver City, TX 79323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,459.04 |
|---|---|---|---|

**Cisco Equipment**
1706 1st St.
Artesia, NM 88210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Vendor

Last 4 digits of account number  0038

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,493.46 |
|---|---|---|---|

**Closed Loop Specialties, LLC**
P.O. Box 2076
Carlsbad, NM 88221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,069.20 |
|---|---|---|---|

**Connection Inspection and Services**
P.O. Box 1201
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,687.38 |
|---|---|---|---|

**Corrosion, Ltd.**
4321 SCR 1290
Odessa, TX 79765

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $793.80 |
|---|---|---|---|

**Cutter Drilling Systems, LLC**
P.O. Box 4458
Houston, TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,302.52 |
|---|---|---|---|

**DC Sales, LLC**
P.O. Box 2307
Hobbs, NM 88241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500,000.00 |
|---|---|---|---|

**Dig'em Deep, Ltd**
2600 Mockingbird Lane
Midland, TX 79701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Loan to Company**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,008.64 |
|---|---|---|---|

**EYM & Associates, LLC**
112 E. Palace Ave.
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,568.68 |
|---|---|---|---|

**Fishing Tool Crystin**
P.O. Box 14314
Odessa, TX 79768

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,768.58 |
|---|---|---|---|

**Fitz Torque Convertors, Inc.**
P.O. Box 3907
Odessa, TX 79760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,376.00 |
|---|---|---|---|

**Frank Cusimano, III**
717 Delano St.
Houston, TX 77003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Loan to Company**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,629.00 |
|---|---|---|---|

**Gearhart Companies, Inc.**
8805 Forum Way
Fort Worth, TX 76140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 19-11904-j7    Doc 8    Filed 08/22/19    Entered 08/22/19 12:46:11 Page 38 of 61

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,044.85 |
| --- | --- | --- | --- |
| | **General Machine and Supply, Inc.**<br>P.O. Box 2249<br>Odessa, TX 79760 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,119.07 |
| --- | --- | --- | --- |
| | **George Andrie and Associates, Inc.**<br>4525 Lakeshore Dr.<br>Waco, TX 76710 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,845.49 |
| --- | --- | --- | --- |
| | **Get-A-Grip Supplies, Inc.**<br>P.O. Box 3973<br>Hobbs, NM 88241 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $754.34 |
| --- | --- | --- | --- |
| | **Got Safety? LLC**<br>P.O. Box 3432<br>Hobbs, NM 88241 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,873.86 |
| --- | --- | --- | --- |
| | **H.C. Howell Company**<br>901 W. 59th St.<br>Odessa, TX 79764 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $722.57 |
| --- | --- | --- | --- |
| | **Haarmeyer Electric, Inc.**<br>P.O. Box 478<br>Lovington, NM 88260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.54 |
| --- | --- | --- | --- |
| | **Hughes Oilfield Transportation Inc.**<br>2513 N. Mercury<br>Odessa, TX 79763 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | | |
|---|---|---|
| 3.37 | Nonpriority creditor's name and mailing address<br>**Integrity Directional Services**<br>6320 Southwest Blvd., Suite 220<br>Fort Worth, TX 76126 | As of the petition filing date, the claim is: *Check all that apply.* $4,728.13<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |
| 3.38 | Nonpriority creditor's name and mailing address<br>**Integrity Services**<br>P.O. Box 5989<br>Midland, TX 79704 | As of the petition filing date, the claim is: *Check all that apply.* $4,083.19<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |
| 3.39 | Nonpriority creditor's name and mailing address<br>**J and N Distribution**<br>P.O. Box 136<br>Levelland, TX 79336 | As of the petition filing date, the claim is: *Check all that apply.* $1,201.78<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |
| 3.40 | Nonpriority creditor's name and mailing address<br>**J&S Enterprises**<br>7400 Roswell Hwy.<br>Artesia, NM 88210 | As of the petition filing date, the claim is: *Check all that apply.* $1,750.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |
| 3.41 | Nonpriority creditor's name and mailing address<br>**J&W Services and Equipment Inc.**<br>P.O. Box 11021<br>Midland, TX 79702 | As of the petition filing date, the claim is: *Check all that apply.* $13,826.79<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |
| 3.42 | Nonpriority creditor's name and mailing address<br>**JH Oilfield Equipment & Technology**<br>11433 Brittmoore Park Dr.<br>Houston, TX 77041 | As of the petition filing date, the claim is: *Check all that apply.* $687,152.64<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** |
| | Last 4 digits of account number __1795__ | Is the claim subject to offset? ■ No ☐ Yes |
| 3.43 | Nonpriority creditor's name and mailing address<br>**Man Welding Services, Inc.**<br>P.O. Box 1541<br>Lovington, NM 88260 | As of the petition filing date, the claim is: *Check all that apply.* $30,340.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Meadow Lark Agency, Inc.**
P.O. .Box 1541
Lovington, NM 88260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,719.92 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Medley Material Handling**
4201 Will Rogers Parkway
Oklahoma City, OK 73108-2083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Midessa Hotshot & Trucking**
P.O. Box 3148
Odessa, TX 79760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,726.90 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Mud King Products, Inc.**
15211 Woodham Dr.
Houston, TX 77073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227,343.38 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**New Mexico Mutual Casualty Company**
5201 Balloon Fiesta Parkway NE
Albuquerque, NM 87103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,810.82 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**O.A. Morley Inc.**
P.O. Box 1101
Lovington, NM 88260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,135.02 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**OMT Supply, LLC**
P.O. Box 60425
Midland, TX 79711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,529.59 |
|---|---|---|---|

**Pason Systems USA Corp.**
7701 West Little York, Ste. 800
Houston, TX 77040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,606.52 |
|---|---|---|---|

**Pecos River Oilfield Services**
25 N. Nicholas Rd.
Malaga, NM 88263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,101.53 |
|---|---|---|---|

**Pilot Thomas Logistics, LLC**
201 N. Rupert St.
Fort Worth, TX 76107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __3291__

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $453.95 |
|---|---|---|---|

**Portable Rig Welding**
P.O. Box 1200
Hobbs, NM 88241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,366.55 |
|---|---|---|---|

**Premium Oilfield Technologies**
P.O. Box 4458
Houston, TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.17 |
|---|---|---|---|

**Purchase Power**
P.O. Box 856042
Louisville, KY 40220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,648.93 |
|---|---|---|---|

**Reggie's Welding**
P.O. Box 734
Artesia, NM 88211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

Case 19-11904-j7    Doc 8    Filed 08/22/19    Entered 08/22/19 12:46:11 Page 42 of 61

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,009.54 |
|---|---|---|---|

**RTO Sales & Leasing, Inc.**
1200 South JBS Parkway
Odessa, TX 79766

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,148.33 |
|---|---|---|---|

**Scarbrough Enterprises, Inc.**
P.O. Box 1588
Hobbs, NM 88241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,032,663.94 |
|---|---|---|---|

**Scott Dufford**
5025 Mera Vista Circle
Midland, TX 79705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Loans to Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,352.67 |
|---|---|---|---|

**Southwest Oilfield Products, Inc.**
P.O. Box 732963
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0366**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728.88 |
|---|---|---|---|

**TADDY Healthcare Services, LLC**
615 West Mermond
Carlsbad, NM 88220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **AG3**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,248.74 |
|---|---|---|---|

**Tejas Hot Shot Service & Transportation**
13808 W. Hwy. 80 E.
Odessa, TX 79765

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,636.40 |
|---|---|---|---|

**Texas Fueling Services, Inc.**
4220 Laura Koppe Rd.
Houston, TX 77016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

Case 19-11904-j7    Doc 8    Filed 08/22/19    Entered 08/22/19 12:46:11 Page 43 of 61

| | |
|---|---|
| 3.65 **Nonpriority creditor's name and mailing address**<br>**TNT Oil Field Supply**<br>710 W. Broadway<br>Hobbs, NM 88240<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$41,543.57**

| | |
|---|---|
| 3.66 **Nonpriority creditor's name and mailing address**<br>**Tomahawk Petroleum, LLC**<br>5025 Mera Vista Circle<br>Midland, TX 79705<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Loans to Company__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$1,622,765.00**

| | |
|---|---|
| 3.67 **Nonpriority creditor's name and mailing address**<br>**Trend Services**<br>P.O. Box 747<br>Broussard, LA 70518<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number __2416__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$83,924.50**

| | |
|---|---|
| 3.68 **Nonpriority creditor's name and mailing address**<br>**Ulterra Drilling technologies, L.P.**<br>P.O. Box 733586<br>Dallas, TX 75373<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number __4460__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$18,593.03**

| | |
|---|---|
| 3.69 **Nonpriority creditor's name and mailing address**<br>**United String Up Company**<br>P.O. Box 52354<br>Midland, TX 79710<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$1,500.00**

| | |
|---|---|
| 3.70 **Nonpriority creditor's name and mailing address**<br>**Wilbanks Trucking Service, LLC**<br>11246 Lovington Hwy.<br>Artesia, NM 88210<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$17,323.98**

| | |
|---|---|
| 3.71 **Nonpriority creditor's name and mailing address**<br>**William Bateman**<br>3613 Jordan Ave.<br>Midland, TX 79707<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Loan to Company__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$213,769.00**

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,528.44 |
|---|---|---|---|

**WTG Fuels, Inc.**
P.O. Box 51140
Midland, TX 79710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1815__

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,117.08 |
|---|---|---|---|

**WWL Industries**
P.O. Box 4574
Odessa, TX 79760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,381.44 |
|---|---|---|---|

**ZIA Oilfield Services, LLC**
P.O. Box 3975
Hobbs, NM 88241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | G. William Fowler, P.C.<br>3800 East 42nd St., Suite 600<br>Odessa, TX 79762 | Line __3.72__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | J Christopher Byrd<br>Chris Byrd Law<br>2631 Bulverde Rd., Suite 105<br>Bulverde, TX 78163 | Line __3.11__<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | J Christopher Byrd<br>Chris Byrd Law<br>2631 Bulverde Rd., Suite 105<br>Bulverde, TX 78163 | Line __3.12__<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | John Glover<br>Sheiness, Glover & Grossman, LLP<br>4544 Post Oak Place Drive, Suite 270<br>Houston, TX 77027 | Line __3.42__<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | New Mexico Taxation & Revenue Department<br>Bankruptcy Section<br>P.O. Box 8575<br>Albuquerque, NM 87198 | Line __2.6__<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | Robin Baird<br>Law Offices of Robin Baird<br>P.O. Box 5219<br>Waco, TX 76708 | Line __3.31__<br><br>☐ Not listed. Explain ____ | __ |

Case 19-11904-j7    Doc 8    Filed 08/22/19    Entered 08/22/19 12:46:11 Page 45 of 61

| Debtor | Patriot Drilling, LLC, a Nevada Limited Liability Company | Case number (if known) | 19-11904 |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.7   Sam Bergman<br>c/o Bergman Law Firm PC<br>901 3rd St. NW, Suite A<br>Albuquerque, NM 87102 | Line   3.48<br><br>☐   Not listed. Explain ____ | _ |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 133,015.51 |
| 5b. Total claims from Part 2 | 5b. + $ | 5,568,491.62 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 5,701,507.13 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name __Patriot Drilling, LLC, a Nevada Limited Liability Company__

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known) __19-11904__

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
     (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement on Office** |
| | State the term remaining | |
| | List the contract number of any government contract | **Franklin Mountain Permian II, LP**<br>**P.O. Box 208216**<br>**Dallas, TX 75320-8216** |

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Auction Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Permian International Energy Services**<br>**P.O. Box 3820**<br>**Midland, TX 79702** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 19-11904-j7    Doc 8    Filed 08/22/19    Entered 08/22/19 12:46:11 Page 47 of 61

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Scott Dufford | 5025 Mira Vista Circle<br>Midland, TX 79705 | First American Bank of Artesia | ■ D  2.1<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    Patriot Drilling, LLC, a Nevada Limited Liability Company

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known)    19-11904

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other _____ | $12,237,596.00 |
| **For year before that:**<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $14,370,426.00 |
| **For the fiscal year:**<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $10,424,250.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Internal Revenue Service**<br>**Special Procedures - Insolvency**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **See Attached** | $192,846.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Tax Payment** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Scott Dufford**<br>**5025 Mera Vista Circle**<br>**Midland, TX 79705**<br>**President/CEO** | **2018** | $43,846.16 | Compensation |
| 4.2. **Scott Dufford**<br>**5025 Mera Vista Circle**<br>**Midland, TX 79705**<br>**President/CEO** | **2019** | $54,807.70 | Compensation |
| 4.3. **Leroy Peterson**<br><br>**Vice President** | **2018** | $174,999.76 | Compensation |
| 4.4. **Leroy Peterson**<br><br>**Vice President** | **2019** | $100,961.40 | Compensation |
| 4.5. **Scott Dufford**<br>**5025 Mera Vista Circle**<br>**Midland, TX 79705**<br>**President/CEO** | **9/4/18** | $75,000.00 | Payment on loan. |
| 4.6. **Scott Dufford**<br>**5025 Mera Vista Circle**<br>**Midland, TX 79705**<br>**President/CEO** | **9/28/18** | $100,000.00 | Payment on loan. |
| 4.7. **Scott Dufford**<br>**5025 Mera Vista Circle**<br>**Midland, TX 79705**<br>**President/CEO** | **10/16/2018** | $200,000.00 | Payment on loan. |

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.8. | **Scott Dufford**<br>5025 Mera Vista Circle<br>Midland, TX 79705<br>President/CEO | **11/26/18** | **$50,000.00** | **Payment on loan.** |
| 4.9. | **Scott Dufford**<br>5025 Mera Vista Circle<br>Midland, TX 79705<br>President/CEO | **1/15/19** | **$300,000.00** | **Payment on loan.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Charitable Contributions** | | **2017** | **$5,598.00** |
| | Recipients relationship to debtor | | | |

| Debtor | Patriot Drilling, LLC, a Nevada Limited Liability Company | Case number (if known) | 19-11904 |
|---|---|---|---|

---

**Part 5:**    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

  ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

  ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Mullin Hoard & Brown, L.L.P.<br>P.O. Box 2585<br>Lubbock, TX 79408 | **Attorney Fees** | August, 2019 | $10,000.00 |
| | Email or website address<br>bodell@mhba.com | | | |
| | Who made the payment, if not debtor?<br>Scott Dufford, President/CEO of Debtor. | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

  ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

  ☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Scott Dufford<br>5025 Mera Vista Circle<br>Midland, TX 79705 | Sold 2013 GMC Yukon (72000 miles)  to Mr. Dufford | August 1, 2019 | $21,800.00 |
| | Relationship to debtor<br>President/CEO of Debtor | | | |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2 | Joe Chumley | Sold 2013 Ford F250 Pickup (314587 miles) to Mr. Chumley | August 2, 2019 | $6,100.00 |
| | Relationship to debtor Former Employee | | | |
| 13.3 | Auction Conducted by Superior Auction | Rigs 3 & 6 | July, 2019 | $69,000.00 |
| | Relationship to debtor | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Storage Yard in Hobbs, New Mexico** 1607 S.W. CR Hobbs, NM 88240 | **Scott Dufford** | **Equipment, Inventory and Vehicles** | ☐ No ■ Yes |
| **Storage Yard in Artesia, NM** West Main St. Artesia, NM | **Scott Dufford and Angel Salazar** | **Equipment, Inventory and Vehicles** | ☐ No ■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Sproles Woodard, LLP P.O. Box 151 Midland, TX 79702 | 2001-present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Wayne Manning, CPA 207 Northwest 1st. St. Andrews, TX 79714 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.  **Scott Dufford**
5025 Mera Vista Circle
Midland, TX 79705

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **First American Bank of Artesia**
2210 West Pierce St.
Carlsbad, NM 88220

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Attached | | | |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

Name of the pension fund

Employer Identification number of the parent corporation

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ **August 21, 2019**

Signature of individual signing on behalf of the debtor

**Scott Dufford**
Printed name

Position or relationship to debtor   **President/CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

| CheckDate | CheckAmt | PayeeName |
|---|---|---|
| 05/17/2019 | 7,316.1 | BOA Midland Acquisition, L.P. |
| 05/17/2019 | 838.8 | Unum Life Insurance Company of America |
| 05/17/2019 | 12,440.09 | Basin Wire Rope & Rigging |
| 05/17/2019 | 49,550 | Bridges Equipment Ltd. |
| 05/17/2019 | 13,000 | Britt Trucking Co., Inc. |
| 05/17/2019 | 5,909.83 | Cisco Equipment |
| 05/17/2019 | 14,015.81 | DC Sales, LLC |
| 05/17/2019 | 12,464.48 | Gearhart Companies, Inc. |
| 05/17/2019 | 1,353.7 | George Andrie and Associates, Inc. |
| 05/17/2019 | 274.31 | Got Safety? LLC |
| 05/17/2019 | 4,865.94 | Haarmeyer Electric, Inc. |
| 05/17/2019 | 572.17 | McCullar and Son's Welding |
| 05/17/2019 | 17,043.03 | Pason Systems USA Corp. |
| 05/17/2019 | 9,042.3 | RTO Sales & Leasing, Inc. |
| 05/17/2019 | 2,781.41 | Reggie's Welding |
| 05/17/2019 | 4,720.84 | Scarbrough Enterprises, Inc. |
| 05/17/2019 | 7,884.85 | Trend Services |
| 05/17/2019 | 5,442.67 | WTG Fuels, Inc. |
| 05/17/2019 | 5,075 | Wilbanks Trucking Services LLC |
| 05/20/2019 | 429.3 | HealthSmart Benefit Solutions |
| 05/20/2019 | 60,000 | Tomahawk Petroleum 2.0 LLC |
| 05/21/2019 | 69,759.6 | JH Oilfield Equipment &Technologies LLC |
| 05/22/2019 | 1,314.57 | Midland Country Club |
| 05/23/2019 | 78 | Bob's Thriftway |
| 05/23/2019 | 1,526.34 | Daniel Campbell |
| 05/23/2019 | 1,163.71 | Derrick Wilbanks |
| 05/23/2019 | 99.58 | Desert Ice & Water Company |
| 05/23/2019 | 50.85 | Discovery Operating |
| 05/23/2019 | 659.79 | Donnie Boatwright |
| 05/23/2019 | 265.11 | Hannathon Petroleum, LLC |
| 05/23/2019 | 1,352.16 | Jeremy Chumley |
| 05/23/2019 | 989.7 | Joe Chumley |
| 05/23/2019 | 1,232 | Larry Cravens |
| 05/23/2019 | 8,462 | Man Welding Services, Inc. |
| 05/23/2019 | 77.72 | Master Lube, Inc. |
| 05/23/2019 | 1,000 | Meadow Lark Agency, Inc |
| 05/23/2019 | 1,971.05 | Midland Country Club |
| 05/23/2019 | 5,785.37 | O.A. Morley Inc. |
| 05/23/2019 | 334.8 | Petroleum Club of Midland |
| 05/23/2019 | 626.53 | Petroleum Club of Midland |
| 05/23/2019 | 463.98 | Petroleum Club of Midland |
| 05/23/2019 | 463.16 | Petroleum Club of Midland |
| 05/23/2019 | 119.08 | Robert K. and Tammy Anderson |
| 05/23/2019 | 6,013.17 | WTG Fuels, Inc. |
| 05/23/2019 | 5,560.25 | WWL Industries, Inc. |
| 05/24/2019 | 34,640.21 | JH Oilfield Equipment &Technologies LLC |
| 05/24/2019 | 4,083.19 | Integrity Directional Services |

EXHIBIT

tabbies®

3.1

| | | |
|---|---|---|
| 06/05/2019 | 8,111.7 | BOA Midland Acquisition, L.P. |
| 06/24/2019 | 50,000 | Tomahawk Petroleum, LLC |
| 07/01/2019 | 6,651 | BOA Midland Acquisition, L.P. |
| 07/01/2019 | 405.06 | Basin Broadband |
| 07/01/2019 | 1,179.77 | Derrick Wilbanks |
| 07/01/2019 | 58.34 | Discovery Operating |
| 07/01/2019 | 629.39 | Donnie Boatwright |
| 07/01/2019 | 1,216.13 | Dustin Stoltzfus |
| 07/01/2019 | 363.67 | Hannathon Petroleum, LLC |
| 07/01/2019 | 1,606.57 | Joe Chumley |
| 07/01/2019 | 393.95 | Joseph Bednarcyk |
| 07/01/2019 | 1,038 | Larry Cravens |
| 07/01/2019 | 979.6 | Lori T. Rowan |
| 07/01/2019 | 1,755.93 | Midland Country Club |
| 07/01/2019 | 1,749.79 | Midland Country Club |
| 07/01/2019 | 1,076.36 | Midland Country Club |
| 07/01/2019 | 334.8 | Petroleum Club of Midland |
| 07/01/2019 | 405.95 | Petroleum Club of Midland |
| 07/01/2019 | 63.32 | Purchase Power |
| 07/01/2019 | 238.16 | Robert K. and Tammy Anderson |
| 07/09/2019 | 6,618.64 | United States Treasury |
| 07/09/2019 | 30,608.06 | United States Treasury |
| 05/31/2019 | 132 | First American Bank |
| 05/31/2019 | 619.75 | Patriot Drilling, LLC |

# PAYMENTS TO IRS IN LAST 90 DAYS

| Settlement Date | Total Payment | Tax Period |
|---|---|---|
| 8/2/2019 | $53,658.46 | 2016/Q4 |
| 8/2/2019 | $4,906.37 | 2017 |
| 8/2/2019 | $1,631.21 | 2018 |
| 8/2/2019 | $2,501.27 | 2017/Q2 |
| 8/2/2019 | $1,055.62 | 2018/Q4 |
| 7/31/2019 | $20,000.00 | 2016/Q2 |
| 7/30/2019 | $6,999.52 | 2019/Q3 |
| 7/25/2019 | $6,999.52 | 2019/Q3 |
| 7/24/2019 | $6,999.52 | 2019/Q3 |
| 7/10/2019 | $8,943.46 | 2019/Q3 |
| 6/26/2019 | $25,000.00 | 2016/Q3 |
| 6/26/2019 | $10,417.64 | 2019/Q2 |
| 6/12/2019 | $10,417.64 | 2019/Q2 |
| 5/29/2019 | $13,316.64 | 2019/Q2 |
| 5/29/2019 | $20,000.00 | 2016/Q3 |

EXHIBIT

3.2

| Owner Name | Percentage |
|---|---|
| A. Scott Dufford | 31.2047665% |
| Amy E. Yenzer | 0.8899253% |
| Betsy L. Wells | 0.3179201% |
| Neil S. Dufford | 0.3179201% |
| Richard Pharr | 0.9997797% |
| Kenneth Kuethe | 0.5692735% |
| Packard Energy Group, Inc. | 1.1619563% |
| Frank Cusimano, III | 0.3206686% |
| Corrosion Ltd. | 0.2522960% |
| Washakie Energy Service LLC | 5.5984778% |
| Dig'em Deep, Ltd. | 37.2014798% |
| J.C. Gray Trust | 4.2648691% |
| T.L. Chandler Trust | 4.2648691% |
| Sparco Producing, Inc. | 2.7399260% |
| Leroy Peterson | 4.0457784% |
| Patrick Parker | 0.5833450% |
| The DE Compiegne Property No. 20 Ltd. | 3.3570800% |
| Platt Partners Ltd. | 0.9801584% |
| William Bateman | 0.3267155% |
| Herd Partners Ltd. | 0.1167169% |
| Terry Dufford | 0.0534447% |
| Mary Jane Potteiger | 0.1496030% |
| Paula Roy | 0.1496030% |
| Nancy Deerwester | 0.1334272% |
| | 100.0000000% |

EXHIBIT

tables'

28.